AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| CALVIN LOPEZ <br><br><br> _Plaintiff(s)_ <br> v. <br> ALLY BANK; <br> EARLY WARNING SERVICES, LLC d/b/a ZELLE <br><br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No.  1:23-cv-8769 TAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   EARLY WARNING SERVICES, LLC d/b/a ZELLE
c/o COGENCY GLOBAL INC.
122 EAST 42ND STREET
18TH FLOOR
NEW YORK, NEW YORK 10168

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Daniel A. Schlanger
Schlanger Law Group, LLP
600 Mamaroneck Avenue
Suite 400
Harrison, New York 10528

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brenna B. Mahoney

CLERK OF COURT

Date:   11/30/2023   _____

_Alisha Francis_
Signature of Clerk or Deputy Clerk